| D/KS Prob. 22 (Rev 11/11) | DOCKET NUMBER *(Trans. Court)* |
|---|---|
| | PACTS# 22362 |
| **TRANSFER OF JURISDICTION** | 2:06CR20159-004-KHV |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00303-01 |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Thomas Wayne Reed | District of Kansas | Kansas City |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Kathryn H. Vratil, Chief Judge | |
| 301 5th Avenue<br>Columbia, TN 38401 | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 02/04/2013 | TO 02/03/2016 |

OFFENSE:

Conspiracy to distribute and possession with intent to distribute 1,000 kilograms or more of marijuana, a Class A Felony, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vii) and 846.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the Middle District of Tennessee upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

| 2/15/2013 | s/Kathryn H. Vratil |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted at the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

| 10-16-13 | |
|---|---|
| Effective Date | United States District Judge |